LUCY M. JOHNSON, *Plaintiff in Error,* v. THE STATE OF FLORIDA, *Defendant in Error.*

### Division B.

### Decision Filed June 24, 1924.

A Writ of Error to the Circuit Court for Pinellas County, M. A. McMullen, Judge.

*Macfarlane & Pettingill,* for Plaintiff in Error;

*Rivers Buford,* Attorney General, and *J. B. Gaines* Assistant Attorney General, for the State.

PER CURIAM.—The Attorney General representing the State confesses "fatal errors" in the judgment herein rendered upon a charge of second offense in violating the laws of the State relative to the possession of intoxicating liquors, therefore without discussing the assignments of error the judgment confessed by the State to be erroneous is hereby reversed. See Lockmiller v. Mayo, and Benson v. State, decided at this term.

Reversed.

All concur.